# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

CLYDE LAMB, : CIVIL ACTION

    Plaintiff, :

v. :

WAYNE BENNETT, Sheriff, :
DISTRICT ATTORNEY'S OFFICE,
State of Georgia, and PUBLIC :
DEFENDER OFFICE, State of
Georgia, :

    Defendants. : NO. CV208-172

## ORDER

On May 19, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Lamb's claims in their entirety. Presently before the Court are Lamb's objections to the report and recommendation. After an independent review of Lamb's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case.

At the time Lamb initiated this lawsuit, he was being detained in the Glynn County Detention Center, but he is no longer incarcerated. Lamb's lawsuit attempts to recover under § 1983 for certain violations of his constitutional right to a speedy trial. However, the only remedy available

for a violation of that right is dismissal of the criminal charges with prejudice. Strunk v. United States, 412 U.S. 434, 440 (1973). Thus, Lamb's civil lawsuit for money damages is barred and stands **DISMISSED**. See Dkt. No. 17. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this _19th_ day of June, 2009.

---
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)